IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.:  18-cr-00352-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DEREK JOSEPH RUIZ,
2. MAIJAH SHAYE BAKER,

        Defendants.

## INDICTMENT
18 U.S.C. § 2
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 922(g)(1)

THE GRAND JURY CHARGES:

## COUNT 1

On or about March 8, 2018, in the State and District of Colorado, the defendants,

DEREK JOSEPH RUIZ and
MAIJAH SHAYE BAKER,

did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## COUNT 2

On or about March 22, 2018, in the State and District of Colorado, the defendants,

DEREK JOSEPH RUIZ and
MAIJAH SHAYE BAKER,

did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT 3

On or about May 3, 2018, in the State and District of Colorado, the defendant, DEREK JOSEPH RUIZ, did knowingly and intentionally distribute, and possess with intent to distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT 4

On or about May 3, 2018, in the State and District of Colorado, the defendant, DEREK JOSEPH RUIZ, did knowingly and intentionally distribute, and possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT 5

On or about May 31, 2018, in the State and District of Colorado, the defendant, DEREK JOSEPH RUIZ, did knowingly and intentionally distribute, and possess with intent to distribute,

a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

### COUNT 6

On or about May 31, 2018, in the State and District of Colorado, the defendant, DEREK JOSEPH RUIZ, did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(B)(viii).

### COUNT 7

On or about June 14, 2018, in the State and District of Colorado, the defendant, DEREK JOSEPH RUIZ, did knowingly and intentionally distribute, and possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

### COUNT 8

On or about June 14, 2018, in the State and District of Colorado, the defendant, DEREK JOSEPH RUIZ, did knowingly and intentionally distribute, and possess with intent to distribute, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(B)(viii).

## COUNT 9

On or about July 2, 2018, in the State and District of Colorado, the defendant DEREK JOSEPH RUIZ, having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition, in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One through Nine of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in One through Eight of this Indictment involving violations of Title 21, United States Code, Section 841(a), the defendants DEREK JOSEPH RUIZ and MAIJAH SHAYE BAKER, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to: a money judgment in the amount of proceeds obtained by the defendants.

3. Upon conviction of the violations alleged in Nine of this Indictment involving violations of Title 18, United States Code, Section 922(g) defendant DEREK JOSEPH RUIZ shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses.

4. If any of the property described above, as a result of any act or omission of the defendants:

      a)   cannot be located upon the exercise of due diligence;

      b)   has been transferred or sold to, or deposited with, a third party;

      c)   has been placed beyond the jurisdiction of the Court;

      d)   has been substantially diminished in value; or

      e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

                                              TRUE BILL

                                              <u>Ink signature on file in Clerk's Office</u>
                                              FOREPERSON

ROBERT C. TROYER
United States Attorney

by: <u>s/Celeste Rangel</u>
CELESTE RANGEL
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado   80202
Telephone: (303) 454-0100
FAX: (303) 454-0403
e-mail: <u>celeste.rangel@usdoj.gov</u>
Attorney for the Government